UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| LORD VINCENT SCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 19-412-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| FEDEX GROUND PACKAGE SYSTEM, INC., | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

In accordance with Rule 58 of the Federal Rules of Civil Procedure, and pursuant to the Memorandum Opinion and Order entered this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of Defendant FedEx Ground Package System, Inc.

2. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: November 13, 2019.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky